**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

WILLIAM TIMOTHY HARRIS
(#1110926),

     Petitioner,

v.                                                  Civil Action No.   2:26cv142

JOSEPH WALTERS,
Director, Virginia
Department of Corrections,

     Respondent.

## FINAL ORDER

This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2254 submitted by pro se Petitioner William Timothy Harris ("Petitioner"). Harris's petition appears to challenge his 2025 convictions and sentences in the Henrico County Circuit Court.

The matter was referred to a United States Magistrate Judge for report and recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia. The Magistrate Judge's Report and Recommendation filed June 18, 2026 recommends granting Respondent's Motion to Dismiss and dismissing the petition without prejudice for failing to exhaust administrative remedies. The Report and Recommendation advised each party of his right to object and the time limit for

1

doing so.  The court has received no objections, and the time for filing objections has now expired.

Accordingly, the court does hereby accept and adopt the findings and recommendations set forth in the Report and Recommendation filed June 18, 2026, and it is therefore ORDERED that Respondent's Motion to Dismiss (ECF No. 8) be GRANTED, and that Harris's petition (ECF No. 1) be DENIED and DISMISSED without prejudice for failure to exhaust.

Finding that the basis for dismissal of Petitioner's § 2254 petition is not debatable, and alternatively finding that Petitioner has not made a "substantial showing of the denial of a constitutional right," a certificate of appealability is **DENIED**. 28 U.S.C. § 2253(c); see Rules Gov. § 2254 Cases in U.S. Dist. Cts. 11(a); Miller-El v. Cockrell, 537 U.S. 322, 335–38 (2003); Slack v. McDaniel, 529 U.S. 473, 483–85 (2000).

Petitioner is **ADVISED** that because a certificate of appealability is denied by this Court, he may seek a certificate from the United States Court of Appeals for the Fourth Circuit. Fed. Rule App. Proc. 22(b); Rules Gov. § 2254 Cases in U.S. Dist. Cts. 11(a).  **If Petitioner intends to seek a certificate of appealability from the Fourth Circuit, he must do so within thirty (30) days from the date of this Order.  Petitioner may seek such a certificate by filing a written notice of appeal with the Clerk of**

the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510.

The Clerk is directed to mail a copy of this Final Order to Petitioner and to provide an electronic copy of the Final Order to counsel of record for Respondent.

_____ /s/ 〰️

MARK S. DAVIS
UNITED STATES DISTRICT JUDGE

July 15    , 2026